**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

**MICHAEL BROWN,**

           **Plaintiff(s),**        **CASE NUMBER: 08-10322**
                                          **HONORABLE VICTORIA A. ROBERTS**
**v.**

**STATE OF MICHIGAN,**
**THOMAS M. BIRKETT, Warden,**
**UNITED STATES SIXTH CIRCUIT**
**JUDGES, UNITED STATES DISTRICT**
**JUDGES, MICHIGAN SUPREME COURT**
**JUDGES, MICHIGAN COURT OF**
**APPEALS JUDGES, VERA MASSEY JONES,**
**Wayne Circuit Judge, UNITED STATES**
**ATTORNEY GENERAL, MICHAEL COX,**
**MICHIGAN DEPARTMENT OF CORRECTIONS,**
**STATE APPELLATE DEFENDER OFFICE,**
**MICHIGAN APPELLATE ASSIGNED**
**COUNSEL SYSTEM OFFICE, Thomas M. Harp,**
**Administrator, MICHIGAN PAROLE BOARD,**
**and ATTORNEY GRIEVANCE COMMISSION**,

           **Defendant(s).**
_____/

**ORDER DENYING PLAINTIFF'S**
**MOTION FOR RECONSIDERATION**

On April 3, 2008, the Court adopted Magistrate Judge Charles E. Binder's recommendation that Plaintiff's Complaint be *sua sponte* dismissed with prejudice for failure to state a claim upon which relief may be granted. Plaintiff asks the Court to reconsider its decision. (Doc. #14).

Eastern District of Michigan Local Rule 7.1(g)(3) provides for reconsideration if the movant demonstrates a palpable defect by which the court and the parties have

1

been misled, and further demonstrates that correcting the defect will result in a different disposition of the case. "A 'palpable defect' is a defect which is obvious, clear, unmistakable, manifest, or plain." *Fleck v. Titan Tire Corp.*, 177 F.Supp.2d 605, 624 (E.D. Mich. 2001). "[T]he court will not grant motions for rehearing or reconsideration that merely present the same issues ruled upon by the court, either expressly or by reasonable implication." L.R. 7.1(g)(3).

Plaintiff says the Court erred by not construing his Complaint as a motion for sanctions upon the Attorney General. But, Plaintiff's second amended Complaint is a habeas corpus petition that is barred under 28 U.S.C. §2244(b)(1).

In addition, the Sixth Circuit Court of Appeals issued an Order on April 28, 2008 dismissing Plaintiff's petition for a writ of prohibition. Plaintiff's argument that his case should be held in abeyance pending the Sixth Circuit's decision is moot.

Plaintiff's motion for reconsideration is **DENIED**.

**IT IS ORDERED**.

                                                              s/Victoria A. Roberts  
                                                              Victoria A. Roberts  
                                                              United States District Judge

Dated: May 6, 2008

---

The undersigned certifies that a copy of this document was served on the attorneys of record and Michael Brown by electronic means or U.S. Mail on May 6, 2008.

s/Linda Vertriest  
Deputy Clerk

---